An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILMINGTON TRUST, A NATIONAL ASSOCIATION,

Appellant,

vs.

5737 LAWRENCE, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

WILMINGTON TRUST, A NATIONAL ASSOCIATION,

Appellant,

vs.

5737 LAWRENCE, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 63656

**FILED**

DEC 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 64181

### ORDER DISMISSING APPEALS

Appellant has filed a motion to dismiss these consolidated appeals. Cause appearing, appellant's motion is granted. The appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Rob Bare, District Judge
Smith Larsen & Wixom
Charles L. Geisendorf, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

CLERK'S ORDER

(O)-1947

14-41689